**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.D., A MINOR | : | No. 7 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: J.G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.D., A MINOR | : | No. 8 WAL 2024 |
| | : | |
| | : | |
| PETITION OF: J. G., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.